**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: September 12, 2014**

_____

```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION

IN RE:                       :      CASE NO. 13-14900
                                    CHAPTER 13
     KATHERINE MARIE MOORE
                             :      JUDGE BETH A. BUCHANAN
     DEBTOR
                             :      ORDER  GRANTING  TRUSTEE'S OBJECTION
                                    TO MORTGAGE ARREARAGE CLAIM
```

　　This matter is before the Court on the Trustee's Objection to Mortgage Arrearage Claim filed on 7/11/14 (Doc. 68), to which no response or objection has been asserted.

　　For good cause shown, the Court hereby grants the Objection, and the claim of the creditor OCWEN LOAN SERVICING is disallowed insofar as the total debt due of $118,675.89 is asserted as a pre-petition arrearage claim; and the Trustee may schedule $1,290.27 as the correct pre-petition claim amount to be paid pursuant to the confirmed Plan.

SO ORDERED.

PLEASE SERVE

Copies to:

Default List

OCWEN LOAN SERVICING, LLC
Creditor
ATTN: CASHIERING DEPARTMENT
1661 WORTHINGTON ROAD
SUITE 100
WEST PALM BEACH, FL 33409

OCWEN LOAN SERVICING, LLC
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 24605
WEST PALM BEACH, FL 33416-4605

LEANN E. COVEY, ESQ.
Creditor Counsel
THE LAW OFFICES OF JOHN D. CLUNK, LPA
4500 COURTHOUSE BLVD
SUITE 400
STOW, OH 44224

# # #