**Fill in this information to identify the case:**

Debtor 1 ___Katherine Marie Moore___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Southern__   District of __Ohio__
(State)

Case number: _13-14900_

Official Form 4100R
# Response to Final Cure Payment   10/15

**According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:** The Bank of New York Mellon f/k/a The Bank of New York successor in interest to JPMorgan Chase Bank, National Association, as Trustee for GSAMP Trust 2004-SEA2, Mortgage Pass-Through Certificates, Series 2004-SEA2

**Court Claim no. (**if known)
**19**

**Last 4 digits of any number you use to identify the debtor's account: XXXX3495**

**Property address:** 11518 Farmington Road
Number    Street

Cincinnati, OH 45240
City         State    Zip Code

## Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check One:*

☒ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor is on:   08/01/2017
MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

   a. Total postpetition ongoing payments due:   (a) $ _____
   b. Total fees, charges, expenses, escrow, and costs outstanding:   (b) _____
   **c. Total**. Add lines a and b.   (c) $ _____
   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payments that first became
   due on: _____
   MM / DD / YYYY

| Debtor 1 | Katherine Marie Moore | | | Case number: 13-14900 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim..

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Matthew Murtland                    Date: August 23, 2017
    Signature

**Print:**    Matthew Murtland, Esq.                    Title  Attorney for Creditor
             First Name    Middle Name    Last Name

Company    Shapiro, Van Ess, Phillips & Barragate, LLP

Address    4805 Montgomery Road, Suite 320
           Number        Street

           Norwood, OH 45212
           City                              State   ZIP Code

Contact phone    (513) 396-8100              Email   mmurtland@logs.com

## **Certificate of Service**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on

Date: August 23, 2017

Chapter 13 Trustee: Margaret A. Burks

Trustee Address: 600 Vine Street, Suite 2200, Cincinnati, OH 45202

Trustee Email:

Debtor's Counsel Name: George A. Diersing Jr.

Debtor's Counsel Address: 600 Vine Street, Suite 402, Cincinnati, OH 45202-2403

Debtor's Counsel Email: georgediersing@hotmail.com

Debtor 1 Name: Katherine Marie Moore

Debtor 2 Name:

Debtor's Mailing Address: 11518 Farmington Road, Cincinnati, OH 45240

Debtor Email:

/s/ Matthew Murtland
Matthew Murtland
Shapiro, Van Ess, Phillips & Barragate LLP

| Due date | Due amount | Recd date | Recd amount |
| --- | --- | --- | --- |
| 11/1/2013 | $636.84 | 3/19/2014 | $2,242.18 |
| 12/1/2013 | $636.84 | 4/15/2014 | $901.46 |
| 1/1/2014 | $636.84 | 5/14/2014 | $896.67 |
| 2/1/2014 | $636.84 | 7/16/2014 | $1,691.25 |
| 3/1/2014 | $636.84 | 8/20/2014 | $636.84 |
| 4/1/2014 | $636.84 | 9/17/2014 | $636.84 |
| 5/1/2014 | $636.84 | 10/22/2014 | $636.84 |
| 6/1/2014 | $636.84 | 11/19/2014 | $636.84 |
| 7/1/2014 | $636.84 | 12/17/2014 | $636.84 |
| 8/1/2014 | $636.84 | 1/21/2015 | $636.84 |
| 9/1/2014 | $636.84 | 2/18/2015 | $191.00 |
| 10/1/2014 | $636.84 | 3/18/2015 | $859.50 |
| 11/1/2014 | $636.84 | 4/15/2015 | $860.02 |
| 12/1/2014 | $636.84 | 5/20/2015 | $636.84 |
| 1/1/2015 | $636.84 | 6/17/2015 | $3.13 |
| 2/1/2015 | $636.84 | 7/15/2015 | $1,270.55 |
| 3/1/2015 | $636.84 | 8/19/2015 | $636.84 |
| 4/1/2015 | $636.84 | 9/16/2015 | $636.84 |
| 5/1/2015 | $636.84 | 10/21/2015 | $636.84 |
| 6/1/2015 | $636.84 | 12/16/2015 | $1,145.96 |
| 7/1/2015 | $636.84 | 1/20/2016 | $764.56 |
| 8/1/2015 | $636.84 | 2/17/2016 | $636.84 |
| 9/1/2015 | $636.84 | 3/16/2016 | $636.84 |
| 10/1/2015 | $636.84 | 4/20/2016 | $636.84 |
| 11/1/2015 | $636.84 | 5/18/2016 | $636.84 |
| 12/1/2015 | $636.84 | 6/15/2016 | $636.84 |
| 1/1/2016 | $636.84 | 7/13/2016 | $636.84 |
| 2/1/2016 | $636.84 | 8/17/2016 | $636.84 |
| 3/1/2016 | $636.84 | 9/14/2016 | $636.84 |
| 4/1/2016 | $636.84 | 10/19/2016 | $638.15 |
| 5/1/2016 | $636.84 | 11/16/2016 | $638.15 |
| 6/1/2016 | $636.84 | 12/14/2016 | $638.15 |
| 7/1/2016 | $636.84 | 1/25/2017 | $638.15 |
| 8/1/2016 | $636.84 | 2/22/2017 | $638.15 |
| 9/1/2016 | $636.84 | 3/22/2017 | $638.15 |
| 10/1/2016 | $638.15 | 4/19/2017 | $638.15 |
| 11/1/2016 | $638.15 | 5/24/2017 | $638.15 |
| 12/1/2016 | $638.15 | 6/21/2017 | $638.15 |
| 1/1/2017 | $638.15 | 7/19/2017 | $641.63 |
| 2/1/2017 | $638.15 | | |
| 3/1/2017 | $638.15 | | |
| 4/1/2017 | $638.15 | | |
| 5/1/2017 | $638.15 | | |
| 6/1/2017 | $638.15 | | |

| | | | |
|---|---|---|---|
| 7/1/2017 | $641.63 | | |
| 8/1/2017 | $641.63 | | |
| **Total due** | **$29,316.01** | **Total paid** | **$28,674.38** |