## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

IN RE:  
KATHERINE MARIE MOORE

CASE NO. 13-14900

DEBTOR(S)

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Certification of Final Payment - Discharge was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on August 25, 2017        addressed to:  (List attached)

/s/ Margaret A. Burks  
Margaret A. Burks

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

bknotice

IN RE:
KATHERINE MARIE MOORE                                    CASE NO. 13-14900
11518 FARMINGTON ROAD                                    CHAPTER 13
CINCINNATI, OH  45240                                    JUDGE BETH A. BUCHANAN

    Debtor
SSN(1) XXX-XX-4385

---

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY ELIGIBLE FOR DISCHARGE**

---

    The above case having been completed on Jul 17, 2017, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

Bankruptcy Rule 1007 (b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management, prepared as prescribed by the appropriate official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of discharge.

**Within twenty one (21) days of the filing of this Chapter 13 Trustee's Certification of Final Payment and Case History, debtors shall file with the Court the "Debtor(s)' Certification Regarding Issuance of Discharge Order". The form can be viewed on the Trustee's website at www.13network.com .**

1. The case was filed on Oct 24, 2013 and confirmed on Feb 18, 2014. The case is submitted for closing as COMPLETED.
2. The amount paid to the Trustee by or on behalf of the debtor(s) was $37,464.00.

3. The Trustee made disbursements to the creditor(s) listed below:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES | UNSECURED CREDITOR | $5,474.69 | $218.99 | $0.00 | $0.00 |
| Clm #: 0001 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| COMMENT: ORDER TO VOID LIEN | | | | | |
| MRC RECEIVABLES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0002 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| COMMENT: ORDER TO VOID LIEN | | | | | |
| NICHOLAS FINANCIAL, INC. | DIRECT PAY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0003 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: 2004 CADILLAC CTS-PD BY CO-DEBTOR | | | | | |
| OCWEN LOAN SERVICING | MORTGAGE ARREARS | $1,290.27 | $1,290.27 | $0.00 | $0.00 |
| Clm #: 0004 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| OCWEN LOAN SERVICING | ONGOING MORTGAGE | $22,289.40 | $22,289.40 | $0.00 | $0.00 |
| Clm #: 0005 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: NOVEMBER 2013-SEPTEMBER 2016 | | | | | |
| CITY OF FOREST PARK | PRIORITY UNSECURED | $686.93 | $686.93 | $0.00 | $0.00 |
| Clm #: 0006 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| INTERNAL REVENUE SERVICE | PRIORITY UNSECURED | $735.83 | $735.83 | $0.00 | $0.00 |
| Clm #: 0007 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| REAL TIME RESOLUTIONS, INC. | UNSECURED CREDITOR | $1,052.32 | $42.09 | $0.00 | $0.00 |
| Clm #: 0008 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED CREDITOR | $992.97 | $39.72 | $0.00 | $0.00 |
| Clm #: 0009 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| FAIRWAY CAPITAL RECOVERY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0010 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| PREMIER BANKCARD/CHARTER | DISPUTED UNSECURE | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0011 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| COMMENT: ORDER CLAIM LATE | | | | | |
| AMERICAN INFOSOURCE LP | UNSECURED CREDITOR | $1,294.77 | $51.79 | $0.00 | $0.00 |
| Clm #: 0012 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| PNC BANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0013 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| UNITED STUDENT AID FUNDS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0014 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| VERIZON WIRELESS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0015 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| JOHN D. CLUNK, CO., LPA | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0016 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: OCWEN LOAN SERVICING | | | | | |
| RENT A CENTER | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0017 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: TABLET | | | | | |
| RENT A CENTER | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0018 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: TELEVISION | | | | | |
| INTERNAL REVENUE SERVICE | UNSECURED CREDITOR | $2,789.87 | $111.59 | $0.00 | $0.00 |
| Clm #: 0019 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0020 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| JEFFERSON CAPITAL SYSTEMS | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0021 | Dividend Paid: .00% | Interest Rate: .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED CREDITOR | $2,486.54 | $99.46 | $0.00 | $0.00 |
| Clm #: 0022 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| eCAST SETTLEMENT CORP | UNSECURED CREDITOR | $5,701.69 | $228.07 | $0.00 | $0.00 |
| Clm #: 0023 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| WELLS FARGO BANK | UNSECURED CREDITOR | $5,292.34 | $211.69 | $0.00 | $0.00 |
| Clm #: 0024 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| WELLS FARGO BANK | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0025 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| QUANTUM3 GROUP, LLC | UNSECURED CREDITOR | $3,452.44 | $138.10 | $0.00 | $0.00 |
| Clm #: 0026 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| U.S. BANK | UNSECURED CREDITOR | $55.00 | $2.20 | $0.00 | $0.00 |
| Clm #: 0027 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED CREDITOR | $397.00 | $15.88 | $0.00 | $0.00 |
| Clm #: 0028 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| ALTAIR OH XIII, LLC | UNSECURED CREDITOR | $1,118.04 | $44.72 | $0.00 | $0.00 |
| Clm #: 0029 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| ALTAIR OH XIII, LLC | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0030 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| QUANTUM3 GROUP, LLC | UNSECURED CREDITOR | $983.34 | $39.33 | $0.00 | $0.00 |
| Clm #: 0031 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| QUANTUM3 GROUP, LLC | UNSECURED CREDITOR | $574.60 | $22.98 | $0.00 | $0.00 |
| Clm #: 0032 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| QUANTUM3 GROUP, LLC | UNSECURED CREDITOR | $680.00 | $27.20 | $0.00 | $0.00 |
| Clm #: 0033 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| QUANTUM3 GROUP, LLC | UNSECURED CREDITOR | $1,252.93 | $50.12 | $0.00 | $0.00 |
| Clm #: 0034 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| AMERICAN EXPRESS | UNSECURED CREDITOR | $588.49 | $23.54 | $0.00 | $0.00 |
| Clm #: 0035 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| RESURGENT CAPITAL SERVICES | UNSECURED CREDITOR | $1,446.77 | $57.87 | $0.00 | $0.00 |
| Clm #: 0036 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| RESURGENT CAPITAL SERVICES | UNSECURED CREDITOR | $149.89 | $6.00 | $0.00 | $0.00 |
| Clm #: 0037 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| SALLIE MAE | UNSECURED CREDITOR | $9,623.09 | $384.92 | $0.00 | $0.00 |
| Clm #: 0038 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| SALLIE MAE | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0039 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| DUKE ENERGY SHARED SERVICES, INC. | UNSECURED CREDITOR | $2,469.99 | $98.80 | $0.00 | $0.00 |
| Clm #: 0040 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| DUKE ENERGY SHARED SERVICES, INC. | UNSECURED CREDITOR | $1,106.90 | $44.28 | $0.00 | $0.00 |
| Clm #: 0041 | Dividend Paid: 4.00% | Interest Rate: .00% | | | |
| REAL TIME RESOLUTIONS, INC. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0042 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| OCWEN LOAN SERVICING | ONGOING MORTGAGE | $5,743.35 | $5,743.35 | $0.00 | $0.00 |
| Clm #: 0043  COMMENT: OCTOBER 2016-JUNE 2017 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| OCWEN LOAN SERVICING | ONGOING MORTGAGE | $641.63 | $641.63 | $0.00 | $0.00 |
| Clm #: 0044  COMMENT: JULY 2017 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |

4. Summary of Disbursements:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMT | $29,964.65 | $1,422.76 | $48,983.67 | $0.00 | $80,371.08 |
| PRIN. PAID | $29,964.65 | $1,422.76 | $1,959.34 | $0.00 | $33,346.75 |
| INT. PAID | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:

The clerk was paid $0.00 through the plan for the filing fee.
The debtor(s)' attorney was allowed $2,200.00 and was paid $2,200.00.
The Trustee was paid $1,694.92 pursuant to 11 U.S.C. 1302.
The Trustee was paid $12.54 for administrative notice fees.
The debtor(s) were charged $0.00 for NSF items.
Refunds to the debtor(s) and/or new trustee total $209.79.

6. When relief from stay is granted, or the claim has otherwise been paid, the claim balance due will be reflected as zero.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor(s), and debtor(s)' attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. Creditors - No notice will be given of the filing of the Final Report as this notice is intended to comply with 11 U.S.C section 1302(b)(1).

MARGARET A. BURKS, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

### NOTICE

IF A DEBTOR(S)' CERTIFICATION IS NOT TIMELY FILED, THIS CASE WILL BE CLOSED. IF THE DEBTOR(s) SUBSEQUENTLY FILES A MOTION TO REOPEN TO ALLOW FOR THE FILING OF THE DEBTOR(S)' CERTIFICATION, THE DEBTOR MUST PAY THE FULL REOPENING FEE.

Respectfully submitted,

/s/  Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney Reg No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                                  Case No. 13-14900
KATHERINE MARIE MOORE                                                                   Chapter 13
          Debtor

# CERTIFICATE OF SERVICE

District/off: 0648-c           User: 454              Page 1 of 3              Date Rcvd: Aug 24, 2017
                               Form ID: COFPD         Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Aug 25, 2017.
```
db         +KATHERINE MARIE MOORE,    11518 FARMINGTON ROAD,    CINCINNATI OH 45240-2554
4          +ALTAIR OH XIII, LLC,    C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE WA 98121-3132
5           AMERICAN EXPRESS BANK FSB,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN  PA 19355-0701
6           AMERICAN INFOSOURCE LP AS AGENT FOR,    CHECK N GO,    PO BOX 248838,    OKLAHOMA CITY OK 73124-8838
7           AMERICAN INFOSOURCE LP AS AGENT FOR,    MIDLAND FUNDING LLC,    PO BOX 268941,
             OKLAHOMA CITY OK 73126-8941
8          +CHECK N GO,    9178 WINTON ROAD,    CINCINNATI OH 45231-3934
9          +CHECK&#036;MART,    10990 HAMILTON AVENUE,    CINCINNATI OH 45231-1452
10         +CITY OF FOREST PARK TAX,    1201 WEST KEMPER ROAD,    CINCINNATI OH 45240-1696
11         +DAVID MOORE,    11518 FARMINGTON,    CINCINNATI OH 45240-2554
12         +DUKE ENERGY,    PO BOX 1321 - DEC45A,    CHARLOTTE NC 28201-1321
13         +DUKE ENERGY SHARED SERVICES, INC.,    P.O. BOX 1321  DEC45A,    LEGAL BANKRUPTCY,
             CHARLOTTE NC 28201-1321
43          ECAST SETTLEMENT CORPORATION SUCCESSOR TO CH,    BANK USA NA,    POB 35480,    NEWARK NJ 07193-5480
14         +FAIRWAY CAPITAL RECOVERY,    4000 EXECUTIVE PARK DRIVE #300,    CINCINNATI OH 45241-4007
15         +FIRST PREMIER BANK,    PO BOX 5524,    SIOUX FALLS SD 57117-5524
16         +INTERNAL REVENUE SERVICE,    312 ELM STREET, SUITE 2300,    CINCINNATI OH 45202-2727
17          INTERNAL REVENUE SERVICE,    PO BOX 7346,    PHILADELPHIA PA 19101-7346
18         +JACOB FIGELMAN, ESQ,    1100 SUPERIOR AVENUE, 19TH FLOOR,    CLEVELAND OH 44114-2521
2          +JEFFERSON CAPITAL SYSTEMS, LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
20         +LVNV FUNDING CO., LLC,    15 SOUTH MAIN STREET, #700,    GREENVILLE SC 29601-2793
21          LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS,    ASSIGNEE OF GENERAL ELECTRIC CAPITAL,
             CORPORATION RESURGENT CAPITAL SERVICES,    GREENVILLE SC 29603-0587
22          LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS,    ASSIGNEE OF OSI PORTFOLIO SERVICES, INC.,
             RESURGENT CAPITAL SERVICES PO BOX 10587,    GREENVILLE SC 29603-0587
23          LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS,    ASSIGNEE OF SEARS NATIONAL BANK,
             RESURGENT CAPITAL SERVICES PO BOX 10587,    GREENVILLE SC 29603-0587
25         +MIDLAND FUNDING LLC,    8875 AERO DRIVE,    SAN DIEGO CA 92123-2255
24         +MRC RECEIVABLES,    8875 AERO DRIVE, #200,    SAN DIEGO CA 92123-2255
26         +NICHOLAS FINANCIAL INC,    2454 N MCMULLEN BOOTH RD,    CLEARWATER FL 33759-1343
27         +NICHOLAS FINANCIAL, INC.,    11255 REED HARTMAN HWY,    SUITE H,    CINCINNATI OH 45241-4402
28          OCWEN LOAN SERVICING, LLC,    PO BOX 24738,    WEST PALM BEACH FL 33416-4738
29         +PNC BANK,    CONSUMER LOAN CENTER - P5-PCLC-A2-R,    2730 LIBERTY AVENUE,
             PITTSBURGH PA 15222-4704
30         +PREMIER BANKCARD/CHARTER,    PO BOX 2208,    VACAVILLE CA 95696-8208
31          QUANTUM3 GROUP LLC AS AGENT FOR,    GALAXY INTERNATIONAL PURCHASING LLC,    PO BOX 788,
             KIRKLAND WA 98083-0788
32          QUANTUM3 GROUP LLC AS AGENT FOR,    GALAXY PORTFOLIOS LLC,    PO BOX 788,    KIRKLAND WA 98083-0788
33          REAL TIME RESOLUTIONS, INC AS AGENT FOR,    CHECK N GO,    PO BOX 566027,    DALLAS TX 75356-6027
34          RENT 2 OWN,    3850 TOWNE BLVD,    FRANKLIN OH 45005-5593
35         +RENT A CENTER,    2524 DIXIE HIGHWAY,    HAMILTON OH 45015-1617
36          SALLIE MAE INC ON BEHALF OF THE DEPT OF EDUC,    SALLIE MAE DEPT OF EDUCATION LN SERVICES,
             P.O. BOX 9635,    WILKES-BARRE PA 18773-9635
37          THE BANK OF NEW YORK MELLON C/O,    OCWEN LOAN SERVICING, LLC,
             ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
38          US BANK N.A.,    BANKRUPTCY DEPARTMENT,    PO BOX 5229,    CINCINNATI OH 45201-5229
39          US DEPT OF EDUCATION,    11100 USA PARKWAY,    FISHERS IN 46037-9203
40         +VERIZON WIRELESS,    700 CRANBERRY WOODS DR,    CRANBERRY TWP PA 16066-5213
41          WELLS FARGO BANK, N.A.,    PO BOX 10438,    DES MOINES IA 50306-0438
42         +WELTMAN, WEINBERG & REIS,    525 VINE, #800,    CINCINNATI OH 45202-3171
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                              TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3               THE BANK OF NEW YORK MELLON
19*            +JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,    SAINT CLOUD MN 56302-7999
                                                                                    TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0648-c          User: 454                 Page 2 of 3              Date Rcvd: Aug 24, 2017
                              Form ID: COFPD            Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Aug 25, 2017**            **Signature:**  _Joseph Speetjens_

```
District/off: 0648-c          User: 454              Page 3 of 3              Date Rcvd: Aug 24, 2017
                              Form ID: COFPD         Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2017 at the address(es) listed below:
```
nef         ASST US TRUSTEE (CIN)   OFFICE OF THE US TRUSTEE
nef         GEORGE A DIERSING JR., ESQ.   600 VINE STREET
nef         MARGARET A BURKS   600 VINE STREET
                                                                                  TOTAL: 3
```